## SECCOMBE v SLICKER

Ohio Appeals, 5th Dist, Stark Co
Decided Oct 17, 1929

For full opinion see 174 NE 788; 37 Oh Ap 389 (Oh Bar 3-24-31).

## CROUCH v STATE

Ohio Appeals, 6th Dist, Lucas Co
Decided Nov 10, 1930

For full opinion see 174 NE 799; 37 Oh Ap 366 (Oh Bar 3-24-31).